TUCKER ELLIS LLP
Brian K. Brookey - SBN 149522
brian.brookey@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Plaintiff, BACKGRID USA, INC.

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BACKGRID USA, INC., a California corporation,

Plaintiff,

v.

DIETCH PR, INC., a California corporation,

Defendant.

Case No.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff, BackGrid USA, Inc. (“BackGrid”) complains against Defendant Dietch PR, Inc. (“Dietch”) as follows:

**JURISDICTION AND VENUE**

1. This is a civil action for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction under 28 U.S. C. § 1331, 28 U.S.C. § 1332, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, Dietch may be found and transacts business in this judicial district, and the injury BackGrid suffered took place in this judicial district. Dietch is subject to the general and specific

personal jurisdiction of this Court because of its contacts with the State of California.

**PARTIES**

3. BackGrid is a California corporation existing under the laws of California, with its principal place of business located in Redondo Beach, California.

4. BackGrid alleges on information and belief that Defendant Dietch is a California corporation with its principal place of business at 1923 S. Santa Fe Avenue, Los Angeles, California 90021.

**FACTS COMMON TO ALL COUNTS**

5. BackGrid owns and operates one of Hollywood's largest celebrity-photograph agencies and has earned a reputation of regularly breaking scoops on sought after celebrity news. It owns the intellectual property rights, including the copyrights, to celebrity photographs that have been licensed to numerous top-tier outlets, such as TMZ, Entertainment Tonight, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world. Each license has been granted for valuable consideration, up to hundreds of thousands of dollars.

6. Among many other in-demand photographs, BackGrid owns photographs of well-known celebrities such as Emily Ratajkowski, Sebastian Bear-McClard, Vanessa Hudgens, Katherine Schwarzenegger, Lily Collins, Lucy Hale, Miley Cyrus, Emma Roberts, and Garrett Hedlund.

7. Dietch is a public relations firm with an office in Los Angeles. Dietch also advertises through its website, DietchPR.net.

8. Dietch uses social media platforms including Instagram to promote its clients' brands. In doing so, Dietch frequently posts photographs of celebrities wearing its clients' products – regardless of whether it has the legal right to do so.

**FIRST CLAIM FOR RELIEF**

**(For Infringement of Copyright Registration No. VA0002240019)**

9. BackGrid repeats, realleges, and incorporates by reference the allegations of

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

paragraphs 1 through 8 of this Complaint as though set forth fully here.

10. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002240019, for a group of photographs titled "Pregnant Emily Ratajkowski enjoys a hike with hubby Sebastian Bear-McClard." A copy of the registration is attached as Exhibit A.

11. The photographs covered by Exhibit A are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

12. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002240019 is attached as Exhibit B.

13. Dietch directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting photographs covered by Exhibit A on Dietch's Instagram account on November 29, 2020. A copy of the infringing post is attached as Exhibit C.

14. Dietch used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

15. Dietch's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

**SECOND CLAIM FOR RELIEF**

**(For Infringement of Copyright Registration No. VA0002218074)**

16. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 15 of this Complaint as though set forth fully here.

17. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002218074, for a group of photographs titled "*EXCLUSIVE* Vanessa Hudgens makes a juice run at Earthbar after a workout with a friend." A copy of the registration is attached as Exhibit D.



TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

18. The photographs covered by Exhibit D are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

19. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002218074 is attached as Exhibit E.

20. Dietch directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit D on Dietch's Instagram account on June 22, 2020. A copy of the infringing post is attached as Exhibit F.

21. Dietch used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

22. Dietch's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

**THIRD CLAIM FOR RELIEF**

**(For Infringement of Copyright Registration No. VA0002174270)**

23. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 22 of this Complaint as though set forth fully here.

24. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002174270, for a group of photographs titled "*EXCLUSIVE* Katherine Schwarzenegger goes on a solo shopping trial after husband Chris Pratt gets criticized for his t-shirt choice." A copy of the registration is attached as Exhibit G.

25. The photographs covered by Exhibit G are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

26. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002174270 is attached as Exhibit H.

27. Dietch directly, vicariously, contributorily and/or by inducement willfully



TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

infringed BackGrid's copyright by posting a photograph covered by Exhibit G on Dietch's Instagram account as an Instagram story "highlight" on July 18, 2019 (unlike an Instagram photo that expires after 24 hours). A copy of the infringing post is attached as Exhibit I.

28. Dietch used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

29. Dietch's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

**FOURTH CLAIM FOR RELIEF**

**(For Infringement of Copyright Registration No. VA0002197541)**

30. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 29 of this Complaint as though set forth fully here.

31. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002197541, for a group of photographs titled "*EXCLUSIVE* Lily Collins grabs her caffeine fix to-go." A copy of the registration is attached as Exhibit J.

32. The photographs covered by Exhibit J are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

33. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002197541 is attached as Exhibit K.

34. Dietch directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit J on Dietch's Instagram account as an Instagram story "highlight" on November 19, 2019 (unlike an Instagram photo that expires after 24 hours). A copy of the infringing post is attached as Exhibit L.

35. Dietch used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

36. Dietch's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

**FIFTH CLAIM FOR RELIEF**

**(For Infringement of Copyright Registration No. VA0002229575)**

37. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 36 of this Complaint as though set forth fully here.

38. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002229575, for a group of photographs titled "*EXCLUSIVE* Lucy Hale steps out for a solo hike." A copy of the registration is attached as Exhibit M.

39. The photographs covered by Exhibit M are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

40. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002229575 is attached as Exhibit N.

41. Dietch directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting photographs covered by Exhibit M on Dietch's Instagram account September 21, 2020. A copy of the infringing post is attached as Exhibit O.

42. Dietch used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

43. Dietch's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

**SIXTH CLAIM FOR RELIEF**

**(For Infringement of Copyright Registration No. VA0002187886)**

44. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 43 of this Complaint as though set forth fully here.

45. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002187886, for a group of photographs titled "*EXCLUSIVE* Miley Cyrus and her new boyfriend Cody Simpson step out for breakfast together with her mom." A copy of the registration is attached as Exhibit P.

46. The photographs covered by Exhibit P are original and copyrightable under the laws of the United States.

47. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002187886 is attached as Exhibit Q.

48. Dietch directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit P on Dietch's Instagram account as an Instagram story "highlight" on October 14, 2019 (unlike an Instagram photo that expires after 24 hours). A copy of the infringing post is attached as Exhibit R.

49. Dietch used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

50. Dietch's willful infringement damaged BackGrid in an amount according to proof.

**SEVENTH CLAIM FOR RELIEF**

**(For Infringement of Copyright Registration No. VA0002201974)**

51. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 50 of this Complaint as though set forth fully here.

52. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002201974, for a group of photographs titled "*EXCLUSIVE* Emma Roberts and Garrett Hedlund go out for breakfast together in Los Feliz." A copy of the registration is attached as Exhibit S.

53. The photographs covered by Exhibit S are original and copyrightable under the laws of the United States.

54. A reproduction of the deposit copy submitted in connection with the

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

application for Copyright Registration No. VA0002201974 is attached as Exhibit T.

55. Dietch directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit S on Dietch's Instagram account as an Instagram story "highlight" on January 13, 2020 that remains active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours). A copy of the infringing post is attached as Exhibit U.

56. Dietch used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

57. Dietch's willful infringement damaged BackGrid in an amount according to proof.

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

## PRAYER FOR RELIEF

Therefore, BackGrid requests judgment against Dietch as follows:

1. That Dietch, and its officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all of the copyrighted photographs that are the subject of this action;

2. That Dietch be ordered to account for all profits, income, receipts or other benefits it derived from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, that improperly or unlawfully infringe the asserted copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

3. For actual damages and disgorgement of all profits Dietch derived from its copyright infringement, under 17 U.S.C. § 504 (a)(1) & (b);

4. For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c),;

5. For reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

6. For costs and interest pursuant to 17 U.S.C. §§ 504 (a)(1) & (b) and 17

U.S.C. § 505; and

7. For such other and further relief that the Court deems just and proper.

DATED: June 17, 2021

Tucker Ellis LLP

By: */s/ Brian K. Brookey*

Brian K. Brookey
brian.brookey@tuckerellis.com
Attorneys for Plaintiff, BACKGRID USA, INC.

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

**DEMAND FOR JURY TRIAL**

Plaintiff BackGrid USA, Inc. demands trial by jury of all issues so triable.

DATED: June 17, 2021

Tucker Ellis LLP

By: */s/ Brian K. Brookey*

Brian K. Brookey
brian.brookey@tuckerellis.com
Attorneys for Plaintiff, BACKGRID USA, INC.