AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 2:21-cv-04951 | United States District Court, Central District of California |
| DATE FILED 6/17/2021 | 350 W. 1st Street, Los Angeles, CA 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| BACKGRID USA, INC., a California corporation | DIETCH PR, INC., a California corporation |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA0002174270 | Katherine Schwarzenegger goes on a solo shopping | BACKGRID USA, INC. |
| 2 | VA0002187886 | Miley Cyrus and Cody Simpson step out for breakfast | BACKGRID USA, INC. |
| 3 | VA0002197541 | Lily Collins grabs her caffeine fix to-go | BACKGRID USA, INC. |
| 4 | VA0002201974 | Emma Roberts and Garrett Hedlund go to breakfast | BACKGRID USA, INC. |
| 5 | VA0002218074 | Vanesa Hudgens makes a juice run at Earthbar | BACKGRID USA, INC. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

CASE NAME:    BACKGRID USA, INC. v. DIETCH PR, INC.

**Attachment to**
**Report on the Filing or Determination of an Action or Appeal**
**Regarding a Copyright**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| VA0002240019 | Pregnant Emily Ratajkowski enjoys a hike | BACKGRID USA, INC. |
| VA0002229575 | Lucy Hale steps out for a solor hike | BACKGRID USA, INC. |

1607389.1